UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JENNIFER POSADAS**                                                                              **PLAINTIFF**

v.                                      **CASE NO. 4:07-CV-00268 GTE**

**BIG MAC TANK TRUCKS, LLC**                                                      **DEFENDANT**

## ORDER

Presently before the Court is the Joint Motion and Stipulation for Order of Dismissal with Prejudice. Pursuant to Federal Rule of Civil Procedure 41, the Court dismisses this case with prejudice.

Accordingly,

IT IS THEREFORE ORDERED THAT this case is DISMISSED with prejudice.

Dated this 5th day of July, 2007.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE